IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:15-CV-200-FL

| | |
|---|---|
| CARL TUTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER SEALING DOCUMENTS** |
| ) | |
| TOWN OF FUQUAY-VARINA, ) | |
| a municipal corporation, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Defendant Town of Fuquay-Varina's Motion to Seal Documents, and it appearing to the Court that good cause exists to grant Defendant's Motion to seal the documents filed as Exhibits to the Declaration of Dan Gray as well Plaintiff Deposition Exhibits 2, 3, 6, and 9;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Exhibits to the Declaration of Dan Gray as well Plaintiff Deposition Exhibits 2, 3, 6, and 9 be SEALED.

IT IS SO ORDERED.

This the 17th day of February, 2016.

_____
THE HONORABLE LOUISE W. FLANAGAN
U. S. DISTRICT COURT JUDGE