UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CARL TUTOR,

    Plaintiff,

v.

TOWN OF FUQUAY-VARINA,

    Defendant.

**JUDGMENT**

No. 5:15-CV-200-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 19, 2016, and for the reasons set forth more specifically therein, that the defendants' motion for summary judgment is granted and plaintiff's motion for summary judgment is denied.

**This Judgment Filed and Entered on July 16, 2016, and Copies To:**

Christopher T. Graebe (via CM/ECF Notice of Electronic Filing)
Ann Herlocker Smith (via CM/ECF Notice of Electronic Filing)

July 16, 2016                  JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk