IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:15-CV-200-FL

| | |
|---|---|
| CARL TUTOR, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) **STIPULATED CONSENT ORDER** ) **REGARDING COSTS AND FEES** |
| TOWN OF FUQUAY-VARINA,<br>a municipal corporation, | ) ) ) ) |
| Defendant. | ) |

The Court, having considered the Parties' Motion to Approve Stipulated Consent Order Regarding Costs and Fees, and the Parties having consented pursuant to Local Rule 54.1 to entry of a Stipulated Consent Order Regarding Costs and Fees, the Court finds as follows:

WHEREAS, Plaintiff filed this Complaint against the Defendant on February 27, 2015;

WHEREAS, this Court granted Defendant's Motion for Summary Judgment on July 19, 2016, and entered judgment on that date;

WHEREAS, this Court denied Plaintiff's Motion for Summary Judgment on July 19, 2016, and entered judgment on that date;

WHEREAS, Plaintiff has agreed to waive all rights to pursue this action any further, including any further Motions at the District Court level or an appeal to the Fourth Circuit;

WHEREAS, Defendant has agreed not to seek costs and/or any fees against Plaintiffs:

IT IS HEREBY ORDERED with the consent of the Parties that:

1. Plaintiff has waived any right to pursue this action any further, including any further Motions at the District Court level or an appeal to the Fourth Circuit;

2. Each Party will bear his or its own attorney fees, expenses, and costs.

The Parties, by their respective representatives, hereby agree and stipulate to each of the terms and conditions as set forth in the foregoing Stipulated Consent Order Regarding Costs and Fees.

IT IS SO ORDERED.

This the **2nd** day of August, 2016.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE

AGREED to this 2nd day of August, 2016.

| GRAEBE HANNA & SULLIVAN, PLLC | JACKSON LEWIS P.C. |
|---|---|
| BY: */s/ Christopher T. Graebe* <br> CHRISTOPHER T. GRAEBE <br> N. C. State Bar No. 17416 <br> 4350 Lassister at North Hills Avenue <br> Suite 375 <br> Raleigh, NC 27609 <br> Telephone: (919) 863-9092 <br> Facsimile: (919) 863-9095 <br> E-Mail: cgraebe@ghslawfirm.com | BY: */s/ Ann H. Smith* <br> ANN H. SMITH <br> N. C. State Bar No. 23090 <br> *Attorneys for Defendant* <br> 13737 Glenwood Avenue, Suite 450 <br> Raleigh, NC 27612 <br> Telephone: (919) 760-6465 <br> Facsimile: (919) 760-6461 <br> E-Mail: ann.smith@jacksonlewis.com |

2